Andrew S. Brignone, Esq.
Nevada Bar No. 751
Xanna R. Hardman, Esq.
Nevada Bar No. 9579
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:    (702) 382-8135

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE CEMENT MASONS AND PLASTERERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CEMENT MASONS AND PLASTERERS JOINT PENSION TRUST; TRUSTEES OF THE CEMENT MASONS AND PLASTERERS VACATION SAVINGS PLAN TRUST; AND TRUSTEES OF THE CEMENT MASONS AND PLASTERERS JOINT APPRENTICESHIP TRAINING TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> RYAN CONCRETE CONSTRUCTION, LLC, a Nevada limited liability company; and OLD REPUBLIC INSURANCE COMPANY, <br><br> Defendants. | Case No. 2:09-cv-01633-LDG-LRL <br><br> *consolidated with* <br><br> Case No. 2:09-cv-01922-LDG-LRL <br><br><br> **ORDER ON CEMENT MASONS JOINT TRUST FUNDS' APPLICATION FOR DEFAULT JUDGMENT AGAINST RYAN CONCRETE CONSTRUCTION, LLC** |

Before the Court is Plaintiffs', Trustees of the Cement Masons and Plasterers Health and

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

22168\56\1409167.1                                            1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

Welfare Trust; Trustees of the Cement Masons and Plasterers Joint Pension Trust; Trustees of the

Cement Masons and Plasterers Vacation Savings Plan Trust; and Trustees of the Cement Masons

and Plasterers Joint Apprenticeship Training Trust (collectively "Cement Masons Joint Trust

Funds"), Application for Default Judgment against Ryan Concrete Construction, LLC, a Nevada

limited liability company ("Ryan"), default being entered against Ryan, and the Court having

reviewed the documents on file in the above entitled matter and being fully advised in the

premises:

     IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment is entered

in favor of the Cement Masons Joint Trust Funds against Ryan in the amount of $81,481.66,

which represents delinquent contributions, liquidated damages, interest, audit fees, attorney fees,

and legal costs, less amounts previously paid to the Cement Masons Joint Trust Funds, for the

time period of August 2007 through November 2008.

     DATED this _20_ day of _Oct_ , 2011.

                             _____
                             United States District Court Judge

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Xanna Hardman_____
Xanna R. Hardman, Esq.
Nevada Bar No. 9579
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone: (702) 382-2101
Facsimile:  (702) 382-8135

Attorneys for Plaintiffs