Andrew S. Brignone, Esq.
Nevada Bar No. 751
Xanna R. Hardman, Esq.
Nevada Bar No. 9579
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE CEMENT MASONS AND PLASTERERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CEMENT MASONS AND PLASTERERS JOINT PENSION TRUST; TRUSTEES OF THE CEMENT MASONS AND PLASTERERS VACATION SAVINGS PLAN TRUST; AND TRUSTEES OF THE CEMENT MASONS AND PLASTERERS JOINT APPRENTICESHIP TRAINING TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> RYAN CONCRETE CONSTRUCTION, LLC, a Nevada limited liability company; and OLD REPUBLIC INSURANCE COMPANY, <br><br> Defendants. | Case No. 2:09-cv-01633-LDG-LRL <br><br> *consolidated with* <br><br> Case No. 2:09-cv-01922-LDG-LRL <br><br><br> **ORDER ON LABORERS JOINT TRUST FUNDS' APPLICATION FOR DEFAULT JUDGMENT AGAINST RYAN CONCRETE CONSTRUCTION, LLC** |

Before the Court is Plaintiffs', Trustees of the Construction Industry and Laborers Health

22168\56\1426497.1                                                     1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

and Welfare Trust; Trustees of the Construction Industry and Laborers Joint Pension Trust; Trustees of the Construction Industry and Laborers Vacation Trust and Trustees of the Southern Nevada Laborers Local 872 Training Trust (collectively "Laborers Joint Trust Funds"), Application for Default Judgment against Ryan Concrete Construction, LLC, a Nevada limited liability company ("Ryan"), default being entered against Ryan, and the Court having reviewed the documents on file in the above entitled matter and being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment is entered in favor of the Laborers Joint Trust Funds against Ryan in the amount of $27,973.50, which represents delinquent contributions, liquidated damages, interest, audit fees, attorney's fees, and legal costs, less amounts previously paid to the Laborers Joint Trust Funds, for the time period of October, 2007 through November, 2008.

DATED this 20 day of _____Oct_____, 2011.

_____
United States District Court Judge

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Xanna Hardman_____
Xanna R. Hardman, Esq.
Nevada Bar No. 9579
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone: (702) 382-2101
Facsimile:  (702) 382-8135

Attorneys for Plaintiffs

22168\56\1426497.1                               2