# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CEMENT MASONS AND PLASTERERS HEALTH AND WELFARE TRUST, *et al*.,<br><br>   Plaintiffs,<br><br>v.<br><br>RYAN CONCRETE CONSTRUCTION, LLC, *et al*.,<br><br>   Defendants. | Case No. 2:09-cv-01633-LDG (VCF)<br><br>**ORDER** |

By stipulation of the plaintiffs (collectively "the Trust Funds") and defendant Old Republic Insurance Company, this matter was stayed for 180 days from April 13, 2010. A review of the docket indicates that, though more than 180 days have passed, the matter remains stayed. Accordingly,

THE COURT **ORDERS** that the Stay previously imposed (#22) is LIFTED.

DATED this ___4___ day of March, 2012.

_____
Lloyd D. George
United States District Judge